IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NANCY PETERSON                                                                          PLAINTIFF

v.                                          CIVIL NO. 19-2042

ANDREW M. SAUL, Commissioner
Social Security Administration                                                         DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 15th day of May 2020.


/s/   *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE